James L. Payne, State Bar No. 107021
Jeffrey K. Brown, State Bar No. 162957
John T. Egley, State Bar No. 232545
Todd C. Bouton, State Bar No. 234821
PAYNE & FEARS LLP
E-mail: jlp@paynefears.com
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants
SAFEWAY INC., THE VONS COMPANIES, INC., and PAK 'N SAVE, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES STEVENS, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>SAFEWAY INC., *et al.*,<br><br>  Defendants. | CASE NO. CV 05-01988 MMM (SHx)<br><br>**CLASS ACTION**<br><br>**STIPULATED JUDGMENT** |

**IT IS HEREBY STIPULATED** by and between Plaintiffs James Stevens, Herman Cortez, and all individuals who submitted an opt-in form in connection with this litigation (herein collectively "Plaintiffs"), and Defendants, SAFEWAY INC., THE VONS COMPANIES, INC., and PAK 'N SAVE, INC ("Defendants"), that Judgment shall be entered in favor of Plaintiffs and against Safeway in the total amount of two million one-hundred thousand dollars

-1-

($2,100,000), less withholdings, plus one million five-hundred thousand dollars ($1,500,000) for attorneys' fees and costs.  The terms of the Judgment, and payment of settlement funds, are set forth in the attached Stipulation of Settlement and Joint Request for Settlement Approval ("STIPULATION OF SETTLEMENT"), the terms and conditions of which are incorporated herein.  (Attached hereto as Exhibit "1").

**IT IS FURTHER STIPULATED** that this Judgment shall become final upon entry thereof as set forth in the STIPULATION OF SETTLEMENT, and PLAINTIFFS and DEFENDANTS waive any right to appeal or seek review of this Judgment.

**IT IS FURTHER STIPULATED** that PLAINTIFFS will not cause execution to issue against any of the DEFENDANTS, provided DEFENDANTS pay said Judgment as provided in the STIPULATION OF SETTLEMENT.

**IT IS FURTHER STIPULATED** that in the event of a default in the payments provided in the STIPULATION OF SETTLEMENT that a writ of execution may issue against DEFENDANTS.  DEFENDANTS hereby expressly reserve their right to a hearing regarding any notice of entry of default or writ of execution hereon.

**IT IS FURTHER STIPULATED** that PLAINTIFFS agree to dismiss with prejudice the claims as set forth in the STIPULATION OF SETTLEMENT.

Dated: June __, 2008               ARIAS OZZELLO & GIGNAC LLP

By: _____
    MIKE ARIAS
    MIKAEL H. STAHLE
    JASON E. BARSANTI
    Attorneys for Plaintiffs

Dated: June __, 2008               PAYNE & FEARS LLP

By: _____
    JAMES L. PAYNE
    JEFFREY K. BROWN
    JOHN T. EGLEY
    Attorneys for Defendants

The Court, having considered the Stipulation of the parties the terms and conditions of the STIPULATION FOR JUDGMENT against Defendants Safeway, Inc., the Vons Companies, Inc., and Pak 'N Save, Inc. and Order for Dismissal of Action, hereby orders as follows:

1. The Court grants approval of the settlement based upon the Court record and the terms set forth in the attached STIPULATION OF SETTLEMENT. The Court finds that the settlement is fair, adequate,

and reasonable. The Court expressly incorporates the terms of the STIPULATION OF SETTLEMENT in this Order.

2. The Court confirms the process of settlement disbursements as provided in the STIPULATION OF SETTLEMENT and the Court thereby orders all settlement processes to be taken to completion pursuant to the terms therein.

3. The Action is Dismissed, with prejudice, pursuant to the terms of the STIPULATION OF SETTLEMENT. The Court expressly retains jurisdiction to the extent necessary to effectuate the full intent and purposes behind this Settlement and payments thereon.

**IT IS SO ORDERED.**

DATED: June 25, 2008

*Margaret M. Morrow*
United States District Court Judge

4825-1167-9746.1

-4-